# EXHIBIT K

# Microsoft Services Agreement

Posted: June 11, 2014; Effective: July 31, 2014

**IF YOU LIVE IN THE UNITED STATES, SECTION 10 CONTAINS A BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER. IT AFFECTS YOUR RIGHTS ABOUT HOW TO RESOLVE ANY DISPUTE WITH MICROSOFT. PLEASE READ IT.**

Thank you for choosing Microsoft! This is an agreement between you and Microsoft Corporation (or based on where you live one of its affiliates) that describes your rights to use the software and services identified in section 1.1. For your convenience, we have phrased some of the terms of this Agreement in a question and answer format. You should read the entire Agreement because all of the terms are important and together create a legal agreement that, once accepted by you, applies to you.

**1. <u>Scope of Agreement, acceptance, and changes</u>**

**1.1 What services are covered by this Agreement?** Outlook.com (formerly Hotmail), OneDrive (formerly SkyDrive), Microsoft account, Microsoft Family Safety, Windows Photo Gallery, Windows Movie Maker, Windows Live Mail, Windows Live Writer (these services are collectively referred to as the "Windows Services"); Office.com, Microsoft Office 365 Home Premium, Microsoft Office 365 University, and other Microsoft Office-branded services that link to this Agreement through a supplemental agreement (the "Office Services"); Bing; and MSN are the primary services this Agreement covers. We refer to these services, as well as other software, websites, and services that link to this Agreement collectively as the "Services." When using the Services, you must abide by these terms ("this Agreement").

**1.2 How do I accept this Agreement?** By using or accessing the Services, or by agreeing to these terms where the option is made available to you in the user interface, you agree to abide by this Agreement without modification by you. If you do not agree, you may not use the Services.

**1.3 Can Microsoft change this Agreement after I have accepted it?** Yes. From time to time, Microsoft may change or amend these terms. If we do, we will notify you, either through the user interface, in an email message, or through other reasonable means. If you use the Services after the date the change becomes effective, you consent to the changed terms. If you do not agree to the changes, you must stop using the Services, cancel any paid Services by following the instructions in section 9.10, and close your Microsoft account. Otherwise, the new terms will apply to you.

**1.4 What types of changes can I expect to the Services?** We continuously work to improve the Services and may change the Services at any time. We may release the Services or their features in a beta version, which may not work correctly or in the same way the final version may work. From time to time we may stop providing portions of the Services. We may do so for example if it's no longer feasible for us to provide a Service, the technology advances, customer feedback indicates a change is needed, our agreements with third parties no longer permit us to make their material available, or external issues arise that make it imprudent or impractical to continue.

**1.5 What age do I have to be to use the Services?** By using the Services, you represent that you have either reached the age of "majority" where you live or have valid parent or legal guardian consent to be bound by the terms of this Agreement. If you do not know whether you have reached the age of majority where you live, or do not understand this section, please do not create an account before you have asked your parent or legal guardian for help. If you are the parent or legal guardian of a minor that creates an

account, you accept this Agreement on the minor's behalf and are responsible for all use of the accounts or Services, including purchases, whether the minor's account is now open or created later.

**2. <u>Microsoft account</u>**

**2.1 What is a Microsoft account?** Microsoft account is a service that lets you sign in to Microsoft products, websites and services, as well as those of select Microsoft partners. When creating a Microsoft account we ask you to provide certain information, like your name and password, birthdate, certain demographic information, and security information such as an alternate email address or phone number. The email address or user name that you use to create your Microsoft account will be unique to you for as long as your Microsoft account is still active. In the event your Microsoft account is closed either by you or by Microsoft pursuant to the terms of this Agreement, the email address or username may be recycled into our system and assigned to another user. Existing Microsoft account holders may need to provide security information to continue using their Microsoft account. To access and manage your Microsoft account and security information, you can visit (https://account.live.com/proofs/Manage). To access the Windows Services and Office Services, you must be logged in with a Microsoft account. **Please review the Privacy Statements (as defined below) to understand how Microsoft collects and uses the information associated with your Microsoft account.** You are responsible for keeping your account information and password confidential and are responsible for all activity that occurs under your Microsoft account. You can use your Microsoft account to gain access to other Microsoft products, websites, or services (like Windows, Xbox Services, and Windows Phone). If you do so, the terms and conditions for those products, websites, or services, including their respective privacy statements, if different from this Agreement, may also apply to your use of those products, websites or services. **You must sign into your Microsoft account periodically, at a minimum every year, to keep services associated with your Microsoft account active, unless provided otherwise in an offer for a paid portion of the Services. If you do not sign in during this period, we will close your account (which means you won't have access to the Windows Services, Office Services, Content stored in your account, and any other product or service that uses Microsoft account). If your Services are cancelled, we will delete information or Content (as defined below) associated with your Microsoft account, or will otherwise disassociate it from you and your Microsoft account, unless the law requires us to keep it.**

**2.2 What if I can't access my Microsoft account?** If you have forgotten your password or otherwise can't access your Microsoft account, you may recover your Microsoft account by visiting the reset your password webpage (http://go.microsoft.com/fwlink/?LinkId=238656). We will do our best to help you recover your Microsoft account, however we cannot guarantee that your Microsoft account will be restored or your Content will be recovered.

**2.3 What if I obtained my Microsoft account from someone other than Microsoft?** Microsoft does not permit users to transfer their Microsoft accounts, though in some cases, we allow you to obtain your Microsoft account through a third party, like a school, a business, an Internet service provider, or the administrator of a managed domain (http://www.domains.live.com). In such cases, that third party may have additional rights over your Microsoft account, like the ability to reset your password, view your account usage or profile data, read or store Content in your account, or suspend or cancel your Microsoft account. In these cases, you are subject to this Agreement and any additional terms of use from that third party, which should be made available to you by such third-party. Microsoft has no responsibility in relation to third parties' additional terms of use. If you are the administrator of a managed domain, you are responsible for all activity that takes place within the accounts on that domain.

**3. <u>Content</u>**

**3.1 Who owns my Content that I put on the Services?** You do. Some Services enable you to communicate with others and share or store various types of files, such as photos, documents, music and video. The contents of your communications and your files are your "Content" and, except for material that we license to you that may be incorporated into your own Content (such as clip art), we do not claim ownership of the Content you provide on the Services. Your Content remains your Content, and you are responsible for it.

**3.2 Who can access my Content?** You have initial control over who may access your Content. However, if you share Content in public areas of the Services, through features that permit public sharing of Content, or in shared areas available to others you've chosen, you agree that anyone you have shared Content with may, for free, use, save, reproduce, distribute, display, and transmit that Content in connection with their use of the Services and other Microsoft, or its licensees', products and services. If you do not want others to have that ability, do not use the Services to share your Content. You represent and warrant that for the duration of this Agreement you have (and will have) all the rights necessary for the Content you upload or share on the Services and that the use of the Content, as contemplated in this section 3.2, won't violate any law.

**3.3 What does Microsoft do with my Content?** When you transmit or upload Content to the Services, you are giving Microsoft the worldwide right, without charge, to use Content as necessary: to provide the Services to you, to protect you, and to improve Microsoft products and services. Microsoft uses and protects your Content as outlined in the Windows Services Privacy Statement (http://go.microsoft.com/fwlink/?LinkID=253457), Bing Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=248686), MSN Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=248688), and Office Services Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=327851) (collectively the "Privacy Statements").

**3.4 What types of advertising are used by the Services?** Some of the Services are supported by advertising. Controls for how Microsoft personalizes advertising are available at http://choice.live.com (http://go.microsoft.com/fwlink/?LinkId=286759). We do not use what you say in email, chat, video calls or voice mail to target advertising to you. We do not use your documents, photos or other personal files to target advertising to you. Our advertising policies are covered in detail in the Privacy Statements.

**3.5 Does Microsoft have voice enabled services?** Yes. If you use a Service that is voice enabled, you consent to Microsoft recording and collecting your voice input for use by Microsoft to improve the quality and accuracy of voice enabled services and as further described in the Privacy Statements.

**3.6 What type of Content or actions are not permitted?** In order to protect our customers and the Services, we have established this Code of Conduct governing the use of the Services. Content or actions that violate this Agreement are not permitted.

- i. Do not use the Services to do anything illegal.
- ii. Do not engage in any activity that exploits, harms, or threatens to harm children.
- iii. Do not send spam or use your account to help others send spam. Spam is unsolicited bulk email, postings or instant messages.
- iv. Do not publicly display inappropriate images (e.g. nudity, bestiality, pornography).
- v. Do not engage in activity that is false or misleading (e.g. attempts to ask for money under false pretenses, impersonating someone else).
- vi. Do not engage in activity that is harmful to the Services or others (e.g. viruses, stalking, hate speech, advocating violence against others).
- vii. Do not infringe upon the rights of others (e.g. unauthorized sharing of copyrighted music, resale or other distribution of Bing maps, photographs and other Content).

viii. Do not engage in activity that violates the privacy of others.

In many cases Microsoft is alerted to violations of the Code of Conduct through customer complaints, but we also deploy automated technologies to detect child pornography or abusive behavior that might harm the system, our customers or others. When investigating these matters, Microsoft or its agents will review Content in order to resolve the issue. This is in addition to the uses we describe in this Agreement and the Privacy Statements.

**3.7 Can Microsoft remove my Content from the Services?** Yes. Microsoft will remove, limit distribution of, or disable access to your Content if we determine it's in violation of this Agreement, we receive a complaint from another user, we receive a notice of intellectual property infringement, or other legal instruction for removal. We may also block delivery of a communication (like email or instant message) to or from the Services as part of our effort to protect the Services or our customers, or otherwise enforce the terms of this Agreement.

**4. Services cancellation**

**4.1 What happens if I do not abide by this Agreement?** If you violate this Agreement, there are a range of actions we may take including removing your Content from the Services, suspending or cancelling your access to the Services, disabling or terminating your Microsoft account (which means you may no longer have access to those Microsoft products, services, or Content connected to your Microsoft account), and/or referring such activity to appropriate authorities. Content that is deleted may be irretrievable.

**4.2 Are there other ways I could lose access to the Services?** Yes. Failing to sign into your Microsoft account (whether through Outlook.com, OneDrive, or any other service that uses Microsoft account) at least once every year (see section 2.1) means that you won't be able to access the Services and you will lose your Content (unless provided otherwise in an offer for paid Services). Additionally, Microsoft may stop providing portions of the Services, in accordance with section 1.4 above. If you sign up for a paid portion of the Services and fail to make an on-time payment, we may suspend or cancel that Service (see section 9.1 for more details).

**4.3 How can I terminate the Services?** You may terminate the Services associated with your Microsoft account at any time and for any reason by going to https://account.live.com/closeaccount.aspx. To cancel a paid portion of the Services, see section 9.10. If you are canceling your Services, the quickest means of eliminating your Content on the Services is to manually remove it from the various components of the Services (for example, manually delete your email). However, please note that while Content you have deleted or that is associated with a closed account may not be accessible to you, it may still remain on our systems for a period of time. Please see the Privacy Statements for more information about Microsoft's retention practices.

**4.4 What happens if my Services are canceled or terminated?** If your Services are canceled or terminated (whether by you or us), your right to use the Services stops immediately and your license to use the software related to the Services ends. You must then uninstall that software, or, alternatively, we may disable it. If your Microsoft account is closed (whether by you or us), your right to use your Microsoft account stops immediately. **If any your Services are canceled or terminated, or if your Microsoft account is closed, we will delete information or Content associated with your Microsoft account or will otherwise disassociate it from you and your Microsoft account. We are under no obligation to return Content to you.**

**5. Privacy**

Your privacy is important to us. We describe how we use and protect your Content and any information we collect from you in the Privacy Statements. They are important so please read them carefully. This Agreement incorporates the Privacy Statements by reference. By using the Services or agreeing to these terms, you consent to Microsoft's collection, use and disclosure of your Content and information as described in the Privacy Statements.

**6. Services disruptions and backup**

**We strive to keep the Services up and running; however, all online services suffer occasional disruptions and outages, and Microsoft isn't liable for any disruption or loss you may suffer as a result. You should regularly backup the Content that you store on the Services. Having a regular backup plan and following it can help you prevent loss of your Content. We make an effort to provide detailed service status at http://status.live.com.**

**7. Software and related Services**

**7.1 What terms govern the software that is part of the Services?** Unless accompanied by a separate license agreement, any software provided by us to you as part of the Services is subject to the terms of this Agreement. The software is licensed, not sold, and Microsoft reserves all rights to the software not expressly granted by Microsoft, whether by implication, estoppel, or otherwise. If this Agreement governs the website you are viewing, any third party scripts or code, linked to or referenced from this website, are licensed to you by the third parties that own such code, not by Microsoft.

**7.2 How can I use the software that is provided as part of the Services?** We grant you the right to install and use one copy of the software per device on a worldwide basis for use by only one person at a time as part of your use of the Services, but only if you comply with all other terms in this Agreement.

**7.3 Are there things I can't do with the software or Services?** Yes. In addition to the other restrictions in this Agreement, you may not circumvent or bypass any technological protection measures in or relating to the software or Services or disassemble, decompile, or reverse engineer any software or other aspect of the Services that is included in or accessible through the Services, except and only to the extent that the applicable copyright law expressly permits doing so; separate components of the software or Services for use on different devices; publish, copy, rent, lease, or lend the software or the Services; or transfer the software, any software licenses, or any rights to access or use the Services. You may not use the Services in any unauthorized way that could interfere with anyone else's use of them or gain access to any service, data, account, or network. You may not enable access to the Services by unauthorized third-party applications.

**7.4 How is the software updated?** We may automatically check your version of the software. We may also automatically download updates to the software from time to time. You agree to accept such updates subject to these terms unless other terms accompany the updates. If so, those other terms apply. Microsoft isn't obligated to make any updates available and doesn't guarantee that we will support the version of the system for which you licensed the software.

**8. Additional terms for Office Services, MSN, and Bing**

**8.1 Office Services media elements and templates.** If you use Office Services, you may have access to media images, clip art, animations, sounds, music, video clips, templates, and other forms of material ("media elements") provided with the software available on Office.com or as part of services associated with the software. Microsoft grants you a license to copy, distribute, perform and display media elements included with the Office Services in projects and documents, except that you may not (i) sell, license, or distribute

copies of the media elements by themselves or as a product if the primary value of the product is the media elements; (ii) grant your customers rights to further license or distribute the media elements; (iii) license or distribute for commercial purposes media elements that include the representation of identifiable individuals, governments, logos, trademarks, or emblems or use these types of images in ways that could imply an endorsement or association with your product, entity or activity; or (iv) create obscene or scandalous works using the media elements. Other media elements, which are accessible on other websites through some Office Services, are governed by the terms on those websites.

**8.2 Bing and MSN Materials.** The articles, photos, videos, third-party material and embeddable video player available on Bing and MSN are for your non-commercial, personal use only and, unless otherwise stated elsewhere in this Agreement or expressly permitted by Microsoft, may not be downloaded, copied, published, rented, leased, lent, or redistributed without authorization from the rights holders, except and only to the extent that the applicable copyright law expressly permits doing so. This material is licensed, not sold, and Microsoft or other rights holders reserve all rights to the material not expressly granted by Microsoft under the license terms, whether by implication, estoppel, or otherwise. Third parties may choose to make additional material or services available for sale or license within Bing or MSN. Microsoft isn't responsible for such material or services. You may not use the embeddable video player on any website whose purpose is primarily for the display of advertising or collection of subscription revenues or is in direct competition with Bing or MSN unless you first get our express, written consent. You agree that your use of the embeddable video player may result in additional third-party costs, fees, and royalties, including applicable public performance royalties in your country or region.

**8.3 Bing Maps Bird's Eye imagery**. For Bing Maps, you may not use Bird's eye imagery of the United States, Canada, Mexico, New Zealand, Australia or Japan for governmental use without our separate written approval.

**9. <u>If you pay Microsoft, the following terms apply to you</u>**

**9.1 Charges.** If there is a charge associated with a portion of the Services, you agree to pay that charge. The price stated for the Service excludes all applicable taxes and currency exchange settlements, unless stated otherwise. You are solely responsible for paying such taxes or other charges. **We may suspend or cancel the Services if we do not receive an on-time, full payment from you.** Suspension or cancellation of the Services for non-payment could result in a loss of access to and use of your account and its Content.

**9.2 Your billing account.** To pay the charges for a Service, you will be asked to provide a payment method at the time you sign up for that Service. You can access and change your billing account information and payment method on the Billing and Account Management website (https://commerce.microsoft.com). Additionally, you agree to permit Microsoft to use any updated account information regarding your payment method provided by your issuing bank or the applicable payment network. You agree to keep your billing account information current at all times. Changes made to your billing account won't affect charges we submit to your billing account before we could reasonably act on your changes to your billing account.

**9.3 Billing.** By providing Microsoft with a payment method, you (i) represent that you are authorized to use the payment method that you provided and that any payment information you provide is true and accurate; (ii) authorize Microsoft to charge you for the Services using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Services that you choose to sign up for or use while this Agreement is in force. We may bill you (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. Also, we may charge you up to the amount you've approved, and we'll notify you in advance of any change in the amount to be charged for recurring

subscription Services. We may bill you at the same time for more than one of your prior billing periods for amounts that haven't previously been processed.

**9.4 Automatic renewal.** Provided that automatic renewals are allowed in your country, province, or state, we will inform you by email before automatically renewing your Services. Once we have informed you that the Services will be automatically renewed, we may automatically renew your Services and charge you the then current price for the renewal term. We will also remind you that we will bill your chosen payment method for the Services renewal, whether it was on file on the renewal date or provided later. We will also provide you with instructions on how you may cancel the Services. You must cancel the Services before the renewal date to avoid being billed for the renewal.

**9.5 Online statement and errors.** We will provide you with an online billing statement on the Billing and Account Management website (https://commerce.microsoft.com), where you can view and print your statement. This is the only billing statement that we provide. **It's your responsibility to print or save a copy of each online statement and retain such copy for your records.** If we make an error on your bill, you must tell us within 120 days after the error first appears on your bill. We will then promptly investigate the charge. If you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we won't be required to correct the error or provide a refund. If Microsoft has identified a billing error, we will correct that error within 90 days.

**9.6 Cooling off period.** When you request a Service from us, you agree that we may begin to provide the Services immediately. You won't be entitled to a cancellation or "cooling off" period, except if the law requires a cooling off period. You may cancel paid Services as provided in section 9.10.

**9.7 Trial-period offers.** If you are taking part in any trial period offer, you must cancel the Services by the end of the trial period to avoid incurring new charges, unless we notify you otherwise. If you do not cancel your Services at the end of the trial period, we may charge you for the Services.

**9.8 Price changes.** We may change the price of the Services at any time and will notify you by email at least 15 days before the price change. If you do not agree to the price change, you must cancel and stop using the Services before the price change takes effect. If there is a fixed term and price for your Service offer, that price will remain in force for the term.

**9.9 Refund policies.** Unless otherwise provided by law or by a particular Service offer, all purchases are final and non-refundable.

**9.10 Canceling the Services.** You may cancel the Services at any time, with or without cause. Information and direction on how to cancel your Services is provided on the Billing and Account Management website (https://commerce.microsoft.com). You should refer back to the offer describing the Services as (i) you may not receive a refund at the time of cancellation; (ii) you may be obligated to pay cancellation charges; (iii) you may be obligated to pay all charges made to your billing account for the Services before the date of cancellation; or (iv) you may lose access to and use of your account when you cancel the Services. If you cancel, your Services will end at the end of your current Service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

**9.11 Late payments.** You must pay for all reasonable costs we incur to collect any past due amounts. These include reasonable attorneys' fees and other legal fees and costs.

**9.12 Payments to you.** If we owe you a payment, then you agree to timely and accurately provide us with any information we need to get that payment to you. You are responsible for any taxes and charges you may

incur as a result of this payment to you. You must also comply with any other conditions we place on your right to any payment. **If you receive a payment in error, we may reverse or require return of the payment. You agree to cooperate with us in our efforts to do this. We may also reduce the payment to you without notice to adjust for any previous overpayment.**

**9.13 Internet access Services and charges.** If the Services do not include Internet access, you are responsible for paying the fees charged by your Internet access or Wi-Fi providers. Those fees are in addition to the fees you pay us for the Services. If you access the Services through wireless devices (for example, mobile phones, tablets), your wireless carrier may charge fees for alerts, web browsing, messaging, and other services that require the use of airtime and wireless data services. Check with your carrier to verify whether there are any such fees that may apply to you. You are solely responsible for any costs you incur to access the Services through any wireless or other communication service.

The rest of this section 9.13 applies only if your Services include Internet access. Internet access is not available outside the United States. If you use a dial-up modem, you may incur toll, roaming, or other access charges, depending on the number you call and from where you call. You should check with your local telephone company first to determine if the number you plan to use will incur such charges. Even if we suggest a phone number for you to call, you may still incur charges, depending on your local provider, calling location, and phone plan. We won't reimburse you for such charges.

## 10. BINDING ARBITRATION AND CLASS ACTION WAIVER IF YOU LIVE IN THE UNITED STATES

This section applies to any dispute **EXCEPT DISPUTES RELATING TO THE ENFORCEMENT OR VALIDITY OF YOUR, YOUR LICENSORS', MICROSOFT'S, OR MICROSOFT'S LICENSORS' INTELLECTUAL PROPERTY RIGHTS.** The term **"**dispute" means any dispute, action, or other controversy between you and Microsoft concerning the Services (including their price) or this Agreement, whether in contract, warranty, tort, statute, regulation, ordinance, or any other legal or equitable basis. "Dispute" will be given the broadest possible meaning allowable under law.

**10.1 Notice of Dispute.** In the event of a dispute, you or Microsoft must give the other a Notice of Dispute, which is a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the dispute, and the relief requested. You must send any Notice of Dispute by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399, U.S.A**. A form is available on the Legal and Corporate Affairs (LCA) website (http://go.microsoft.com/fwlink/?LinkId=245499). Microsoft will send any Notice of Dispute to you by U.S. Mail to your address if we have it, or otherwise to your email address. You and Microsoft will attempt to resolve any dispute through informal negotiation within 60 days from the date the Notice of Dispute is sent. After 60 days, you or Microsoft may commence arbitration.

**10.2 Small claims court.** You may also litigate any dispute in small claims court in your county of residence or King County, Washington, U.S.A. if the dispute meets all requirements to be heard in the small claims court. You may litigate in small claims court whether or not you negotiated informally first.

**10.3 Binding arbitration. If you and Microsoft do not resolve any dispute by informal negotiation or in small claims court, any other effort to resolve the dispute will be conducted exclusively by individual binding arbitration governed by the Federal Arbitration Act ("FAA"). Class arbitrations are not permitted. You are giving up the right to litigate disputes in court before a judge or jury (or participate in court as a party or class member).** Instead, all disputes will be resolved before a neutral arbitrator, whose decision will be final except for a limited right of appeal under the FAA. Any court with jurisdiction over the parties may enforce the arbitrator's award.

**10.4 Class action waiver. Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor Microsoft will seek to have any dispute heard as a class action, private attorney general action, or in any other proceeding in which either party acts or proposes to act in a representative capacity. No arbitration or other proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.**

**10.5 Arbitration procedure.** Any arbitration will be conducted by the American Arbitration Association (the "AAA") under its Commercial Arbitration Rules. If you are an individual and use the Services for personal or household use, or if the value of the dispute is $75,000 or less whether or not you are an individual or how you use the Services, its Supplementary Procedures for Consumer-Related Disputes will also apply. For more information, see www.adr.org or call 1-800-778-7879. To commence arbitration, submit the form available on the Legal and Corporate Affairs (LCA) website (http://go.microsoft.com/fwlink/?LinkId=245497) to the AAA. You agree to commence arbitration only in your county of residence or in King County, Washington, U.S.A. Microsoft agrees to commence arbitration only in your county of residence. You may request a telephonic or in-person hearing by following the AAA rules. In a dispute involving $10,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. The arbitrator may award the same damages to you individually as a court could. The arbitrator may award declaratory or injunctive relief only to you individually, and only to the extent required to satisfy your individual claim.

**10.6 Arbitration fees and payments.**

**10.6.1 Disputes involving $75,000 or less.** Microsoft will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject Microsoft's last written settlement offer made before the arbitrator was appointed ("Microsoft's last written offer"), your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than Microsoft's last written offer, Microsoft will: (i) pay the greater of the award or $1,000; (ii) pay twice your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and Microsoft agree on them.

**10.6.2 Disputes involving more than $75,000.** The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

**10.6.3 Disputes involving any amount.** In any arbitration you commence, Microsoft will seek its AAA or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. In any arbitration Microsoft commences, Microsoft will pay all filing, AAA, and arbitrator's fees and expenses. Microsoft won't seek its attorney's fees or expenses from you in any arbitration. Fees and expenses are not counted in determining how much a dispute involves.

**10.7 Conflict with AAA rules.** This Agreement governs to the extent it conflicts with the AAA's Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes.

**10.8 Claims or disputes must be filed within one year.** To the extent permitted by law, any claim or dispute to which section 10 applies must be filed within one year in small claims court (section 10.2) or in arbitration (section 10.3). The one-year period begins when the claim or Notice of Dispute first could be filed. If such a claim or dispute isn't filed within one year, it's permanently barred.

**10.9 Rejecting future arbitration changes.** You may reject any change Microsoft makes to section 10 (other than address changes) by sending us notice within 30 days of the change by U.S. Mail to the address in section 10.1. If you do, the most recent version of section 10 before the change you rejected will apply.

**10.10 Severability.** If the class action waiver in section 10.4 is found to be illegal or unenforceable as to all or some parts of a dispute, then section 10 won't apply to those parts. Instead, those parts will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration. If any other provision of section 10 is found to be illegal or unenforceable, that provision will be severed with the remainder of section 10 remaining in full force and effect.

**11. NO WARRANTIES**

**MICROSOFT, AND OUR AFFILIATES, RESELLERS, DISTRIBUTORS, AND VENDORS, MAKE NO WARRANTIES, EXPRESS OR IMPLIED, GUARANTEES OR CONDITIONS WITH RESPECT TO YOUR USE OF THE SERVICES. YOU UNDERSTAND THAT USE OF THE SERVICES IS AT YOUR OWN RISK AND THAT WE PROVIDE THE SERVICES ON AN "AS IS" BASIS "WITH ALL FAULTS" AND "AS AVAILABLE." MICROSOFT DOESN'T GUARANTEE THE ACCURACY OR TIMELINESS OF INFORMATION AVAILABLE FROM THE SERVICES. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAW, WE EXCLUDE ANY IMPLIED WARRANTIES, INCLUDING FOR MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, AND NON-INFRINGEMENT. YOU MAY HAVE CERTAIN RIGHTS UNDER YOUR LOCAL LAW. NOTHING IN THIS AGREEMENT IS INTENDED TO AFFECT THOSE RIGHTS, IF THEY ARE APPLICABLE.**

**YOU ACKNOWLEDGE THAT COMPUTER AND TELECOMMUNICATIONS SYSTEMS ARE NOT FAULT-FREE AND OCCASIONAL PERIODS OF DOWNTIME OCCUR. WE DO NOT GUARANTEE THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT CONTENT LOSS WON'T OCCUR.**

**12. Limitation of Liability**

If Microsoft breaches this Agreement, you agree that your exclusive remedy is to recover, from Microsoft or any affiliates, resellers, distributors, and vendors, direct damages up to an amount equal to your Services fee for one month (or up to USD$10.00 if the Services are free). **YOU CAN'T RECOVER ANY OTHER DAMAGES OR LOSSES, INCLUDING, WITHOUT LIMITATION, DIRECT, CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, INCIDENTAL, OR PUNITIVE.** These limitations and exclusions apply if this remedy doesn't fully compensate you for any losses or fails of its essential purpose or if we knew or should have known about the possibility of the damages. To the maximum extent permitted by law, these limitations and exclusions apply to anything related to this Agreement such as loss of Content; any virus affecting your use of the Services; delays or failures in starting or completing transmissions or transactions; claims for breach of contract, warranty, guarantee, or condition; strict liability, negligence, misrepresentation, omission, trespass, or other tort; violation of statute or regulation; or unjust enrichment. **Some or all of these limitations or exclusions may not apply to you if your state, province, or country doesn't allow the exclusion or limitation of incidental, consequential, or other damages.**

**13. Microsoft contracting entity, court of venue, and applicable law – United States**

If you live in (or, if you are a business, you are headquartered in) the United States, you are contracting with Microsoft Corporation, One Microsoft Way, Redmond, WA 98052, U.S.A. The laws of the state where you live govern the interpretation of this Agreement, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles, except that the FAA governs all provisions relating to arbitration. You and we irrevocably consent to the exclusive jurisdiction and

venue of the state or federal courts in King County, Washington, for all disputes arising out of or relating to this Agreement or the Services that are heard in court (not arbitration and not small claims court).

**14. Third-party websites**

You may be able to access third-party websites or services via the Services. Microsoft isn't responsible for third-party websites, services, or material available through those third-party services. You are solely responsible for your dealings with third parties (including advertisers). Your use of third-party websites or services may be subject to that third party's terms and conditions.

**15. Digital Rights Management**

If you access material protected with digital rights management (DRM), the DRM software may automatically request media usage rights from a rights server online and download and install DRM updates so that you can play the material.

**16. Microsoft .NET Framework software**

The software may contain Microsoft .NET Framework software. This software is part of Windows. The license terms for Windows apply to your use of the .NET Framework software.

**17. Survival**

This section, and sections 5, 9 (for amounts incurred before the end of this Agreement), 10, 11, 12, 13, 20, and those that by their terms apply after it ends will survive any termination or cancellation of this Agreement.

**18. Assignment and transfer**

We may assign this Agreement, in whole or in part, at any time without notice to you. You may not assign this Agreement or transfer any rights to use the Services.

**19. Notices**

You consent to Microsoft providing you notifications about the Services or information the law requires us to provide via email to the address that you specified when you signed up for the Services. Notices emailed to you will be deemed given and received when the email is sent. If you do not consent to receive notices electronically, you must stop using the Services. You may notify Microsoft as stated in customer support for the Services.

**20. Contract interpretation**

This is the entire Agreement between you and Microsoft for your use of the Services. It supersedes any prior agreements between you and Microsoft regarding your use of the Services. All parts of this Agreement apply to the maximum extent permitted by relevant law. If a court or arbitrator holds that we can't enforce a part of this Agreement as written, we may replace those terms with similar terms to the extent enforceable under the relevant law, but the rest of this Agreement won't change. Section 10.10 says what happens if parts of section 10 (arbitration and class action waiver) are found to be illegal or unenforceable. Section 10.10 prevails over this section if inconsistent with it.

**21. No third-party beneficiaries**

This Agreement is solely for your and our benefit. It isn't for the benefit of any other person, except for Microsoft's successors and assigns.

**22. Font components**

You may use the fonts to display and print material only while using the Services. You may not circumvent any embedding restrictions in the fonts.

**23. Support**

Customer support for the Windows Services is available via Microsoft Answers (http://answers.microsoft.com) and the Windows website (http://windows.microsoft.com). Customer support for MSN Internet Access is available at MSN Support (https://support.msn.com). Customer email support for Bing and Bing clients is available at Bing Support (https://support.discoverbing.com ). Limited customer support for Office 365 Home Premium and Office 365 University is available at office.com/support (help/how to) and at support.microsoft.com/ph/13615 (technical support).

**24. Export restrictions**

Microsoft's free software and services are subject to United States and other jurisdictions' export and technology laws and you agree to comply with all such applicable laws and regulations that apply to the software and/or services. United States government permission is required to transfer these free software and services to governments of any embargoed country or certain prohibited parties. Please see the U.S. Department of Treasury website (http://go.microsoft.com/fwlink/?LinkID=243206) for more information. Additionally, paid services are subject to United States export laws and regulations with which you must comply. These laws include restrictions on destinations, end users, and end use. For additional information, see Exporting Microsoft Products website (http://www.microsoft.com/exporting).

**NOTICES**

**Notices and procedure for making claims of intellectual property infringement.** Microsoft respects the intellectual property rights of third parties. If you wish to send a notice of intellectual property infringement, including claims of copyright infringement, please use our procedures for submitting Notices of Infringement (https://www.microsoft.com/info/cpyrtInfrg.aspx). **ALL INQUIRIES NOT RELEVANT TO THIS PROCEDURE WILL NOT RECEIVE A RESPONSE.**

Microsoft uses the process set out in Title 17, United States Code, Section 512(c)(2) to respond to notices of copyright infringement. In appropriate circumstances, Microsoft may also disable or terminate accounts of users of Microsoft services who may be repeat infringers.

**Notices and procedures regarding intellectual property concerns in advertising.** Please review our Intellectual Property Guidelines (http://go.microsoft.com/fwlink/?LinkId=243207) regarding intellectual property concerns on our advertising network.

**Copyright and trademark notices.** All portions of the Services are Copyright © 2013 Microsoft Corporation and/or its suppliers, One Microsoft Way, Redmond, WA 98052, U.S.A. All rights reserved. We or our suppliers own the title, copyright, and other intellectual property rights in the Services and its content. Microsoft and the names, logos, and icons of all Microsoft products, software, and services may be either trademarks or

registered trademarks of Microsoft in the United States and/or other countries. The names of actual companies and products may be the trademarks of their respective owners. Any rights not expressly granted in this Agreement are reserved. Certain software used in certain Microsoft website servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software used in certain Microsoft website servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Stock quotes and index data (including index values).** © 2013 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

You may not use any of the Dow Jones Indexes℠, index data, or the Dow Jones marks in connection with the issuance, creation, sponsorship, trading, marketing, or promotion of any financial instruments or investment products (for example, derivatives, structured products, investment funds, exchange-traded funds, investment portfolios, etc., where the price, return and/or performance of the instrument or investment product is based on, related to, or intended to track any of the Indexes or a proxy for any of the Indexes) without a separate written agreement with Dow Jones.

**Financial notice.** Microsoft isn't a broker/dealer or registered investment advisor under United States federal securities law or securities laws of other jurisdictions and doesn't advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Services is an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing in the Services is intended to be professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC, MPEG-4 Visual, and VC-1 Video Standards.** The software may include H.264/AVC, MPEG-4 Visual and/or VC-1 codec technology that may be licensed by MPEG LA, L.L.C. This technology is a format for data compression of video information. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE H.264/AVC, MPEG-4 VISUAL, AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE H.264/AVC, MPEG-4 VISUAL, AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE THE MPEG LA WEBSITE (http://www.mpegla.com).

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under this Agreement for normal business uses that are personal to that business which do not include (i) redistribution of the software to third parties, or (ii) creation of material with the VIDEO STANDARDS compliant technologies for distribution to third parties.