**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SUSAN FRENCH, as PARENT and NATURAL GUARDIAN of Z.F., a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,

Defendants.

Civil Action No. 2:25-cv-05306-MRP

Judge: Hon. Mia Roberts Perez

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL PLAINTIFF TO ARBITRATION AND STAY PROCEEDINGS**

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other aspects, relate to Roblox account holders' records and account sign-in and sign-up flows, and Roblox's Robux purchase processes. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Plaintiff to Arbitration and Stay Proceedings, filed concurrently herewith.

3. I have reviewed what I understand to be the Complaint filed by Plaintiff Susan French, as Parent and Natural Guardian of Z.F., a minor, on September 16, 2025, case number 2:25-cv-05306, in the Eastern District of Pennsylvania.

4. Roblox operates an online platform (the "Roblox Platform") where users can create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users. As of Q3 2025, Roblox has 151.5 million daily active users and is available to play on gaming consoles, computers, tablets, and cellular devices.

5. Robux is a digital currency that can be used on the Roblox Platform to acquire virtual items and gain access to virtual experiences.

6. It is my understanding that Plaintiff's counsel provided Roblox's counsel a username associated with Plaintiff's Roblox account. According to Roblox's records, that username is associated with the creation of a Roblox account belonging to Plaintiff, created on May 13, 2021 (the "Account").

7. I have reviewed the Roblox account information and records for the Account, which are maintained in the ordinary course of business.

8. Roblox's records indicate that the Account remains open as of the date of this submission and was most recently used on December 30, 2025.

9. Roblox's records further indicate that when the Account was created, the user entered their date of birth as July 5, 2003.

**A. <u>Roblox Account Processes</u>**

10. In order to use the Roblox platform, users must create an account and agree to Roblox's Terms of Use (the "Terms"). Roblox periodically makes updates to its Terms. When Roblox deems an update material, Roblox users are notified of each of these updates via a pop-up

notice displayed when users access the Roblox Platform. That notice includes a bolded hyperlink to the updated Terms and requires users to click to accept the new Terms in order to continue using the Roblox Platform.

11. Roblox notified users of its August 2023 Terms via both on-platform blocker cards (pop-up notices) requiring affirmative acceptance and via an on-platform message sent directly to every user's "Messages" page within their personal accounts one month prior to the effective date.

12. The message was delivered one month prior to becoming effective and its delivery was emphasized with a notification on users' personal "Messages" pages.

13. This message expressly stated that "[b]eginning on August 1, 2023, you – or if you are a minor, your parent/guardian – will need to agree to the updated Terms of Use in order to continue using Roblox" and "[i]f you do not agree, you can close your Roblox account(s) before these updates go into effect." I attest that the below is a true and accurate screenshot of the Terms update message for the August 1, 2023 Terms update.

**Updates to Roblox Terms of Use**

Hello!
Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.

Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.

Thank you,

The Roblox Team

14. Roblox informs its users in this manner each time a material update to its Terms occurs and requires users to accept the updated Terms to continue using the Roblox Platform.

These pop-up notices were sent to Roblox users in August 2023, February 2024, June 2024, November 2024, and June 2025, with advanced notices sent one month ahead of each such update. Below is a screenshot of the June 2025 Terms pop-up notice (which is substantially identical to the earlier pop-up notices), which states: “To continue using Roblox, please select “I Agree” to agree to our updated Terms of Use and acknowledge our privacy policy. If you are a minor, please show this to your parent or guardian…”




15. Following these notices, the Account continued to be accessed and actively used, including conducting on-platform purchases of Robux. The Account remains open as of the date of this submission and was most recently used on December 30, 2025.

16. Further, although Roblox’s Terms permit users to opt out of the arbitration agreement within 30 days of acceptance, Roblox has no record showing that Z.F. or Plaintiff (or Z.F.’s other parent or guardian) (collectively, “Responsible Adult”) did so through the procedures set forth in the Terms.

**B. <u>Robux Purchase Processes</u>**

17. Included in the records is information related to when Plaintiff purchased Robux on the Roblox Platform.

18. Roblox records show two purchases of Robux on the Account that required agreement to the Terms. These purchases were made on April 8, 2024, and August 1, 2025, through the Xbox Store. Attached hereto as **Exhibit 1** is a true and correct copy of Roblox's record of Robux transactions associated with the Account.

19. When conducting a purchase on August 1, 2025, through the Xbox Store, the user would have encountered the following screen. At the bottom of the screen, in close proximity to the large blue button the user must click to complete the purchase, the following disclosure appears: "By purchasing Robux, you agree to our **Terms of Use** and **Privacy Policy**, including the arbitration clause" (emphasis included). I attest that the below is a true and accurate screenshot of the aforementioned disclosure:



20. The Robux purchase process depicted above is representative of Robux purchases made on the Account.

**C. <u>Terms of Use</u>**

21. I attest that **Exhibit 2** is a true and accurate copy of Roblox's Terms of Use effective on January 12, 2022.

22. I attest that **Exhibit 3** is a true and accurate copy of Roblox's Terms of Use effective on August 1, 2023.

23. I attest that **Exhibit 4** is a true and accurate copy of Roblox's Terms of Use effective on February 27, 2024.

24. I attest that **Exhibit 5** is a true and accurate copy of Roblox's Terms of Use effective on March 14, 2025.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed January 9, 2026, San Mateo, California

*Ronita Jit*

Ronita Jit