# EXHIBIT 1

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2573256868 | [redacted] | Premium 400 Robux | 4.99 | USD | 08/01/2025 02:38:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 3389241606 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete xbox-80dfe79a-912c-4419-a189-a525e0b9eca0 08/01/2025 02:38:10 UTC | | | | | | | | | | | | | | | | |
| 2573256868 | [redacted] | Premium 400 Robux | 4.99 | USD | 04/08/2024 01:07:24 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | XboxStore | 2381067650 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete 04/08/2024 01:07:24 UTC | | | | | | | | | | | | | | | | |