**CERTIFICATE OF SERVICE**

I, Jay Kagan, Esquire, hereby certify that on the 9th day of January, 2026, I caused the foregoing Defendant Roblox Corporation's Motion to Compel Plaintiff to Arbitration and Stay Proceedings to be electronically filed with the court, made available for viewing and downloading, and electronically served by the C/M ECF System upon all consenting counsel of record.

Dated: January 9, 2026

By: */s/ Jay E. Kagan*
Jay E. Kagan (PA ID No. 76204)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel: (215) 575-7000
Fax: (215) 575-7200
jkagan@dilworthlaw.com

*Attorney for Defendant Roblox Corporation*