**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SUSAN FRENCH, as PARENT and NATURAL GUARDIAN of Z.F., a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,

Defendants.

Case No. 2:25-cv-05306-MRP

Judge: Hon. Mia Roberts Perez

**ORDER**

Defendant Roblox Corporation's Motion to Compel Plaintiff to Arbitration and Stay Proceedings came on for hearing before this Court. After consideration of all of the pleadings and evidence submitted and the argument of counsel, the Court hereby ORDERS as follows:

The motion is GRANTED. The parties are directed to arbitration, and this action is stayed pending the completion of the arbitration proceedings.

**IT IS SO ORDERED.**

BY THE COURT:

__________________________
Honorable Mia R. Perez, J.
United States District Judge