## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March 2026, a copy of the foregoing Memorandum of Law of Plaintiff Susan French, as Parent and Natural Guardian of Z.F., a Minor in Opposition to Defendant Epic Games, Inc.'s Motion to Compel Arbitration and Stay Proceedings Exhibit A – Declaration of Dennis McBride; Exhibit B – Declaration of Keneth J. Moyle, Jr.; Exhibit C – Minute Order on Motion to Compel Arbitration, *John Doe v. Roblox Corp., et al.,*; Exhibit D – *Murphy v. Roblox Corp.,*; and Certificate of Service, were served upon all counsel of record via the court's electronic filing system.

Respectfully submitted,

By: */s/ Adam J. Gomez*
Adam J. Gomez