**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUSAN FRENCH, as Legal Guardian/ Parent and Natural Guardian of Z.F., a minor,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | **NO. 25-5306** |
| **ROBLOX CORPORATION, *et al.*,** | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 29th day of July, 2026, upon consideration of Defendant Epic Games, Inc.'s Motion to Compel Arbitration (ECF No. 47), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED,** and all claims asserted by Plaintiff against Epic Games, Inc. are **ORDERED** to arbitration.

It is **FURTHER ORDERED** that, upon consideration of Defendants Microsoft Corporation's and Mojang AB's Motion to Compel Arbitration and Stay Litigation (ECF No. 50), and the responses thereto, the Motion is **GRANTED,** and all claims asserted by Plaintiff against Microsoft Corporation and Mojang AB are **ORDERED** to arbitration.

It is **FURTHER ORDERED** that, upon consideration of Defendant Roblox Corporation's Motion to Compel Arbitration and Stay Litigation (ECF No. 51), and the responses thereto, the Motion is **GRANTED,** and all claims asserted by Plaintiff against Roblox Corporation are **ORDERED** to arbitration.

It is **FURTHER ORDERED** that this matter is **STAYED** as to all Defendants pending the outcome of arbitration.

BY THE COURT:

______________________________

Hon. Mia R. Perez